HENRY E. WELSH, as Executor of JULIETTE WELSH, Deceased, Respondent, *v.* JOHN E. NEUMANN et al., Appellants.

(Submitted December 12, 1933; decided January 9, 1934.)

*Joseph F. Hanley* for appellants.

*Humphrey J. Lynch* and *Monroe J. Cahn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.